**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

JEREMIAH BALIK,

              Plaintiff,

     v.

HON. KEVIN McCARTHY,

            Defendant.

Case No. _____

# EXHIBIT A

| CH-100 | **Request for Civil Harassment Restraining Orders** |

Read *Can a Civil Harassment Restraining Order Help Me?* (Form CH-100-INFO) before completing this form. Also fill out Confidential CLETS Information (*Form CLETS-001*), with as much information as you know.

Clerk stamps date here when form is filed.

**FILED**
SUPERIOR COURT OF CA, COUNTY OF KERN

AUG 12 2015

TERRY McNALLY, CLERK
BY _____ DEPUTY

**① Person Seeking Protection**

a. Your Full Name: JEREMIAH W. BAUC   Age: 44
Your Lawyer *(if you have one for this case):* Pro Se
Name: ~~XXXXXXXX~~   State Bar No.: _____
Firm Name: _____

Fill in court name and street address:
**Superior Court of California, County of**
KERN
SUPERIOR COURT
METROPOLITAN DIVISION
1415 TRUXTON AVENUE
BAKERSFIELD, CA 93301

b. Your Address *(if you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or e-mail.):*

Address: 1223 WILSHIRE BLVD #777
City: Santa Monica   State: CA   Zip: 90402
Telephone: 650-248-5832   Fax: _____
E-Mail Address: angelscamp3D@gmail.com

Court fills in case number when form is filed.

Case Number: BCV-15 100741

**② Person From Whom Protection Is Sought**
Full Name: US Congressman Kevin McCarthy   Age: 50
Address *(if known):* 4100 Empire Drive, Ste 150
City: Bakersfield   State: CA   Zip: 93309

**③ Additional Protected Persons**

a. Are you asking for protection for any other family or household members? ☐ Yes ☒ No   *If yes, list them:*

| Full Name | Sex | Age | Lives with you? | How are they related to you? |
|---|---|---|---|---|
| _____ | ___ | ___ | ☐ Yes ☐ No | _____ |
| _____ | ___ | ___ | ☐ Yes ☐ No | _____ |
| _____ | ___ | ___ | ☐ Yes ☐ No | _____ |
| _____ | ___ | ___ | ☐ Yes ☐ No | _____ |

☐ Check here if there are more persons. Attach a sheet of paper and write "Attachment 3a—Additional Protected Persons" for a title. You may use Form MC-025, Attachment.

b. Why do these people need protection? *(Explain below):*
☐ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 3b—Why Others Need Protection" for a title.

RECEIVED
SEP 16 2015

General Counsel

| This is not a Court Order. |

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2012, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9
**Request for Civil Harassment Restraining Orders**
**(Civil Harassment Prevention)**
CH-100, Page 1 of 6
→

Case Number:

### ④ Relationship of Parties

How do you know the person in ②? *(Explain below):*

☒ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 4—Relationship of Parties" for a title.*

See Attachment Complaint - via Kate Upton (Social Media)

### ⑤ Venue

Why are you filing in this county? *(Check all that apply):*

a. ☒ The person in ② lives in this county.

b. ☐ I was harassed by the person in ② in this county.

c. ☒ Other *(specify):* proper subject matter jurisdiction pursuant to 28 USC §1391

### ⑥ Other Court Cases

a. Have you or any of the persons named in ③ been involved in another court case with the person in ②?

☐ No ☐ Yes *If yes, check each kind of case and indicate where and when each was filed:*

| | Kind of Case | Filed in *(County/State)* | Year Filed | Case Number *(if known)* |
|---|---|---|---|---|
| (1) ☐ | Civil Harassment | | | |
| (2) ☐ | Domestic Violence | | | |
| (3) ☐ | Divorce, Nullity, Legal Separation | | | |
| (4) ☐ | Paternity, Parentage, Child Custody | | | |
| (5) ☐ | Elder or Dependent Adult Abuse | | | |
| (6) ☐ | Eviction | | | |
| (7) ☐ | Guardianship | | | |
| (8) ☐ | Workplace Violence | | | |
| (9) ☐ | Small Claims | | | |
| (10) ☐ | Criminal | | | |
| (11) ☒ | Other *(specify):* | Los Angeles/CA | 2015 | 1SK05516 |
| | | Los Angeles/CA | 2015 | BC 590 455 |

b. Are there now any protective or restraining orders in effect relating to you or any of the persons in ③ and the person in ②? ☐ No ☐ Yes *If yes, attach a copy if you have one.*

### ⑦ Description of Harassment

Harassment means violence or threats of violence against you, or a course of conduct that seriously alarmed, annoyed, or harassed you and caused you substantial emotional distress. A course of conduct is more than one act.

a. Tell the court about the last time the person in ② harassed you.

(1) When did it happen? *(provide date or estimated date):* Please See Attachment - Complaint

(2) Who else was there?

---

This is not a Court Order.

**Case Number:**

(3)  How did the person in ② harass you? *(Explain below):* *Please see attachment*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 7a(3)—Describe Harassment" for a title.*

*Please See attachment – Complaint*

_____

_____

_____

_____

_____

(4)  Did the person in ② use or threaten to use a gun or any other weapon?

☐ Yes  ☒ No   *(If yes, explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 7a(4)—Use of Weapons" for a title.*

_____

_____

_____

(5)  Were you harmed or injured because of the harassment?

☒ Yes  ☐ No   *(If yes, explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 7a(5)—Harm or Injury" for a title.*

*Loss of opportunity to open Chocolate Shoppe Ice Cream Scoop Shops in California a loss of jobs - defendant tampered with relationships & tampered with cell phone.*

(6)  Did the police come? ☐ Yes  ☒ No

If yes, did they give you or the person in ② an Emergency Protective Order? ☐ Yes ☐ No

If yes, the order protects *(check all that apply):*

a. ☐  Me   b. ☐  The person in ②   c. ☐  The persons in ③

*Attach a copy of the order if you have one.*

b.  Has the person in ② harassed you at other times?

☒ Yes  ☐ No   *(If yes, describe prior incidents and provide dates of harassment below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 7b—Previous Harassment" for a title.*

*See attachment – Complaint. thanks*

_____

_____

_____

**This is not a Court Order.**

Case Number:

**Check the orders you want.** ☑

(8) ☐ **Personal Conduct Orders**

I ask the court to order the person in (2) **not** to do any of the following things to me or to any person to be protected listed in (3):

a. ☒ Harass, intimidate, molest, attack, strike, stalk, threaten, assault (sexually or otherwise), hit, abuse, destroy personal property of, or disturb the peace of the person.

b. ☐ Contact the person, either directly or indirectly, in any way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by e-mail, by text message, by fax, or by other electronic means.

c. ☐ Other *specify*:

  ☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 8c—Other Personal Conduct Orders," for a title.*

Tamper with cell phone — see complaint, tamper with relationships (e.g. Samathe Hopen) tamper with job & other opportunities

*The person in* (2) *will be ordered not to take any action to get the addresses or locations of any protected person unless the court finds good cause not to make the order.*

(9) ☒ **Stay-Away Orders**

a. I ask the court to order the person in (2) to stay at least _____ yards away from *(check all that apply):*

  (1) ☒ Me
  (2) ☐ The other persons listed in (3)
  (3) ☐ My home
  (4) ☐ My job or workplace
  (5) ☐ My school
  (6) ☐ My children's school
  (7) ☐ My children's place of child care

  (8) ☐ My vehicle
  (9) ☐ Other *(specify)*: _____

b. If the court orders the person in (2) to stay away from all the places listed above, will he or she still be able to get to his or her home, school, or job? ☒ Yes ☐ No *(If no, explain below):*

  ☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 9b—Stay-Away Orders," for a title.*

(10) **Guns or Other Firearms and Ammunition**

Does the person in (2) own or possess any guns or other firearms? ☐ Yes ☐ No ☒ I don't know

*If the judge grants a protective order, the person in* (2) *will be prohibited from owning, possessing, purchasing, receiving, or attempting to purchase or receive a gun, other firearm, and ammunition while the protective order is in effect. The person in* (2) *will also be ordered to turn in to law enforcement or sell to a gun dealer any guns or firearms within his or her immediate possession or control.*

**This is not a Court Order.**

**Case Number:**

## ⑪ Immediate Orders

Do you want the court to make any of these orders now that will last until the hearing without notice to the person in ② ? ☒ Yes ☐ No   *(If you answered yes, explain why below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 11—Immediate Orders" for a title.*

*Harrasment has been occuring for years — I we turned my cheed, now I am seeking an immediate injunction — further prevent phone tampering, relationship tampering, job blocking etc*

## ⑫ ☐ Request to Give Less Than Five Days' Notice

*You must have your papers personally served on the person in ② at least five days before the hearing, unless the court orders a shorter time for service. (Form CH-200-INFO explains What Is "Proof of Personal Service"? Form CH-200, Proof of Personal Service, may be used to show the court that the papers have been served.)*

If you want there to be fewer than five days between service and the hearing, explain why below:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 12—Request to Give Less Than Five-Days Notice" for a title.*

## ⑬ ☐ No Fee for Filing or Service

a. ☐ There should be no filing fee because the person in ② has used or threatened to use violence against me, has stalked me, or has acted or spoken in some other way that makes me reasonably fear violence.

b. ☐ The sheriff or marshal should serve (notify) the person in ② about the orders for free because my request for orders is based on unlawful violence, a credible threat of violence, or stalking.

c. ☒ There should be no filing fee and the sheriff or marshal should serve the person in ② for free because I am entitled to a fee waiver. *(You must complete and file Form FW-001, Application for Waiver of Court Fees and Costs.)*

## ⑭ ☐ Lawyer's Fees and Costs

I ask the court to order payment of my: a. ☐ Lawyer's fees  b. ☒ Court costs

The amounts requested are:

| Item | Amount | Item | Amount |
|------|--------|------|--------|
| Travel | $ 150⁰⁰ | | $ |
| | $ | | $ |
| | $ | | $ |

☐ *Check here if there are more items. Put the items and amounts on the attached sheet of paper or Form MC-025 and write "Attachment 14—Lawyer's Fees and Costs" for a title.*

This is not a Court Order.

Case Number: _____

**(15)** ☐ **Additional Orders Requested**

I ask the court to make the following additional orders *(specify)*:

☒ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 15—Additional Orders Requested," for a title.*

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**(16)** Number of pages attached to this form, if any: __18__

Date: 12AUG15 _____

_____          ► _____
Lawyer's name (if any)                 Lawyer's signature

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date: 12AUG15 _____

Jeremiah W. Baldik _____          _____
Type or print your name                         Sign your name

**This is not a Court Order.**

**Request for Civil Harassment Restraining Orders**
**(Civil Harassment Prevention)**

Jeremiah W. Balik
1223 Wilshire Blvd #777
Santa Monica, CA 90403
State Bar No: __N/A YET____
(424) 280 – 2981 or (650) 248-5832
AngelsCamp3D@gmail.com
"In Pro Per"

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF ███████████████ KERN

| | |
|---|---|
| JEREMIAH W. BALIK<br>Plaintiffs, | CASE NO: XXXXXXXX |
| | CIVIL HARRASSMENT<br>COMPLAINT |
| v. | Date:<br>Time: |
| US CONGRESSMAN FRED UPTON-<br>MI<br>[VIA US CONGRESSMAN KEVIN<br>MCCARTHY-CA]<br>2183 Rayburn House Office Bldg.<br>Washington, DC 20515<br>(202) 225-3761 | Place: DEPT F RM 115 (EX PARTE)<br>Trial Date: |

Defendants

---

## COMPLAINT

1. *Cause of Action* – CIVIL HARRASSMENT U.S. courts entertain hundreds of thousands of petitions for civil harassment orders, i.e., injunctions issued upon the request of any person against any other person in response to words or behavior deemed harassing. Definitions of "harassment" vary widely, but an often-used statutory formula defines it as "a course of conduct directed at a specific person which seriously alarms, annoys, or harasses the person, and which serves no legitimate purpose." [*Various California Codes*] CCP § 527.6

2. Defendants have engaged in harassing behavior, ever since Plaintiff got really cool with Defendants super-model niece Kate Upton via social media in 2012 and beyond.

3. **"GPS KILL SWITCH" /KATE UPTON BACKGROUND:** When Plaintiff lived in the Chicago CSMA at or around 2012-2013; he stayed in the Gurnee/Waukegan/North Chicago area.

{*Excerpt from Top 10 Torts doc*} I allege Eric Paramski, owner of MacLagan Auto, 3710 Grand Avenue, Gurnee, IL 60031 and 847-244-0247, installed a GPS Kill Switch in my Volvo. I allege Mayor Emanuel was aware, however, Rep Fred Upton is the main culprit. Via social media [Instagram and Twitter] I started interacting with Super Model Kate Upton. [Also via her team at IMG Models in New York City – Ivan Bart & Lisa Benson]. Kate led me to her parents' home address in Stevensville, MI. Kate led me to US Congressman Fred Upton personal cell phone of ▮▮▮▮▮▮ [See **Exhibit 3**] I also had her brother David's St Joe cell number to get messages to Kate. Kate and I had a sophisticated way to communicate on Instagram. [All the accounts have been taken down] Kate really liked me…maybe even Loved me. This made Rep Fred Upton angry – he used his AT&T contacts to jam my network, slow me down on Instagram and other really bad stuff. Having the GPS Kill Switch in my car generated thousands in unnecessary bills. Around this time last year, I drove my Volvo to do research at Toys R Us in Gurnee, IL. My car had just been worked on at MacLagan Auto Center in Gurnee, IL. It was going good. I go into the store and walk the aisle, checking out new app driven toys and such.

I come out and open my car to start it. A woman driving a white SUV with Michigan license plates started circling my car. She drives in circles…over and over. Being ex-military I give her a hard stare – she then comes in closer. I give her an intense look and throw my hands up like "what's up". Subsequently she drives off – I go to start my car….it doesn't start. I'm suspicious at this point, my car was driving good + just had work done. I start to Google GPS Kill Switch + call Officer Departe with Gurnee Police Dept [I did a ride along with him] I leave him a message asking about GPS Kill Switches. I call MacLagan Auto and AAA to get towed.

My call to AAA was routed to a Michigan call center. I waited 4 or 5 hours for a tow truck to come. They were stalling, so that MacLagan auto couldn't work on my car [they closed at 5 PM]. It was a Friday and MacLagan was closed for the weekend. I knew it was Rep Fred Upton. [Perhaps he worked in concert with Mayor Rahm Emanuel] Toys R US should have digital backup via IP Surveillance cameras in the parking lot. Plaintiff alleges US Congressman Fred Upton had GPS Kill Switch installed as punishment for getting very close with

his Super Model niece Kate Upton – Rep Fred Upton wanted to run up my auto repair expenses. **Plaintiff will subpoena Eric Paramski**.

4. Plaintiff received call from *Detective Zimmerman* with the *Washington, DC Capitol Police* (202) 224-9806 on or about June 23,2015  Per the conversation, Mayor Rahm Emanuel was implicated in various pending litigation – Case # 15K09734 Jeremiah W. Balik vs Toyota Santa Monica, Case #15K09399 Jeremiah W. Balik vs Half Moon Hotel {Frank Wesier Counsel}, Case #15K04655 Jeremiah W. Balik vs. Super 8 Azusa Hotel {Maughan Law counsel} Congressman Fred Upton implicated in Case #15K05516 Jeremiah W. Balik vs Chocolate Shoppe Ice Cream {Jannson, Munger, McKinley, & Shape Ltd Counsel} They're both implicated in Case # BC590455 Jeremiah W. Balik [Right To Sue letter from EEOC] vs Time Warner Cable. [Note: Call from Det. Zimmerman was instigated by US Congressman Fred Upton and/or staffer]

5. **Per Case # 15K05516 vs. Chocolate Shoppe Ice Cream Co., Madison, WI**
I signed an agreement for the rights to operate Chocolate Shoppe Scoop shops in California. I flew back to Madison, WI at or around February 2014 to meet with Chocolate Shoppe Ice Cream company officials, tour the dairy and visit scoop shops. The meeting went great. I also went to Sacramento, CA to meet with a VBOC [Veteran Business Operations Center] to secure Small Business Government loans for Veterans. I met with city officials, with the City of Santa Monica per opening my first scoop shop. My girlfriend at the time was Super Model Samantha Hoopes [will show court video clip of Samantha Hoopes discussing our relationship on MTV2's "Guy Code"] US Congressman Upton et al [referred to as "The Opposition" on Social Media – also includes Mayor Rahm Emanuel, Majority Whip Kevin McCarthy and other evil, super shady politicians] didn't want me dating and pursuing a relationship with Samantha M. Hoopes. I allege US Congressman Fred Upton/Defendants called in a favor to Chocolate Shoppe Ice Cream CEO Dave Deadman, and told them not to do business with me. Subsequently, Plaintiff had to pursue litigation with Chocolate Shoppe Ice Cream Company. Plaintiff told Defendants staffers [Bits Thomas bits.thomas@mail.house.gov and Mark Ratner mark.ratner@mail.house.gov he would subpoena US Congressman Fred Upton if it went to trial. Chocolate Shoppe's counsel never answered my complaint, I motioned the court for summary judgment. My hearing with the Honorable Judge Patricia Nieto in Dept. 77 at Stanley Mosk Los Angeles Superior Court is 07APR16. *SEE EXHIBIT 2*

6. **\*JOB BLOCKING/CIVIL HARRASSMENT BY THE OPPITSITION** Plaintiff has a past with aforementioned super-shady and evil political member [E.g. Put in

75 hours of campaign work when then Whitehouse Chief of Staff Rahm Emanuel ran for Mayor of Chicago. Met Mayor Rahm Emanuel numerous times, including a fund raiser at the House of Blues with WME/IMG Entertainment client Jennifer Hudson WME/IMG Entertainment is ran by Mayor Rahm Emanuel's brother, CEO Ari Emanuel] + Plaintiff further alleges "job blocking" [E.g. Sprint, US Cellular & Next Generation Wireless, Sun Microwave – Wireless Integrator, TDS Telecom, AT&T & Time Warner Cable] had to do with his then girlfriend Super Model Samantha M. Hoopes. [Note: US Congressman Fred Upton & Mayor Rahm Emanuel didn't want Plaintiff pursuing/courting Super Model Samantha Hoopes [Note: They wanted to set Samantha M Hoopes up with a WME/IMG client; like Seattle Seahawk's QB Russell Wilson, Actor Leonardo DiCaprio, and Actor Brad Cooper. Samantha M. Hopes met them all – Samantha also mentioned our relationship on an Episode of "Guy Code" on MTV2 Will provide Court video Clip] – they abused their authority by taking away potential jobs to send a message to Plaintiff "Back Off" – it backfired on them thoroughly] Note: EEOC – Equal Employment Opportunity Commission has two charges against Sprint and Time Warner Cable. Defendant US Congressman Fred Upton [+Mayor Rahm Emanuel] are both implicated. Plaintiff received support and support letters from US Sen. Dianne Feinstein, US Sen. Tammy Baldwin & US Sen. Mark Kirk. US Sen. Chuck Grassley sent letter per attorney referral. SEE EXHIBIT 3

7. **MICHIGAN LICENSE PLATES** - Defendant would routinely coordinate for someone with "Michigan License Plates" to be in the vicinity of Plaintiff, when he was driving or reached a destination. Defendant thought this would have some kind of effect on Plaintiff – *Defendant is everywhere and watching you kind of thing* – Plaintiff thinks it's a waste of resources, pathetic and really stupid. Re **See incident from Toys 'R US/Gurnee Mills Mall #3** [See Exhibit 4]

8. **MISUSE OF LAW ENFORCEMENT / UNLAWFUL PATROLLING** Plaintiff alleges that Defendants [Rep Upton via Bakersfield, CA based Rep. Kevin McCarthy] called in favors to various law enforcement agencies, to have them unlawfully patrol around me. Plaintiff mailed documents delineating unlawful patrolling and exposing defendants for evil, shady, corrupt politicians to Santa Monica PD – Chief Seabrook, Fresno PD, Sacramento PD, Rancho Cordova PD, Burbank PD, Glendale PD, San Francisco PD, Palo Alto PD [per Stanford Law School visit], UCLA Campus PD, Azusa PD, Pasadena PD, LAPD – Chief Beck, CHP – Commissioner Fallbrook in Sacramento, Citrus Heights PD [Sacramento CSMA] San Diego Sherriff, San Benarndino PD, San Diego PD – met Chief Shelley Zimmerman in La Jolla. She was very nice & LA Sherriff – Sheriff McDonnell. Also sent correspondence to AG Kamala Harris aka Future US Senator Harris. Plaintiff's civil liberties were definitely violated – Plaintiff turned the other cheek, and gave law enforcement agencies a pass. Additional note: Plaintiff's ex-girlfriend Samantha Hoopes posted a picture on Instagram [since taken down – I posted the pix on my Twitter account, handle

@appdriventoys of her and a black gentleman wearing black and white and in a dress. I allege LA Sherriff meant this as levity – perhaps aimed at me. I emailed Sheriff Jim McDonnell at jmcdonne@lasd.org – let him know I may litigate his department [most amount of offenses out of all law enforcement agencies encountered] *List of PD – Police Departments is not exhaustive – also include Madison, WI PD and Wisconsin State Capitol PD [Gov Scott Walker playing shenanigans – all over ex-girlfriend Samantha M Hopes. Note: I lived in Madison, WI for 6 months before moving to California – I was helping a fellow OIF Veteran I served with Doug Pierce & his fiancé Beth. Doug tried to commit suicide – thank God Dane County Sheriff triangulated on his US Cellular cell phone; and caught him before he could harm himself]

[Note: Plaintiff is a big fan of Law Enforcement, he has friends and family in law enforcement + worked with numerous law enforcement agencies in CA, WI & IL per his technology sales work [4.9 GHz] Attended ILEAS numerous years as well. [ILEAS is a Public Safety Trade Show in Springfield, IL – all the Public Safety agencies from around the state of Illinois + FBI] It should also be noted, this "Show of Police/Law Enforcement Force" had the opposite effect on me – it only made me more aggressive. I knew I was in the "right" and the patrolling was "unlawful".

9. DOCUMENT STEALING/USB DRIVE STOLEN – someone a surrogate via the Defendants broke into my car in San Bernardino, and stole Court docs. I filed a Police Report with San Bernardino – Report #: 2015-68316  P# 909-384-5742

10. **CELL PHONE TAMPERING/EMAIL BLOCKING** – US Congressman Fred Upton is Chair of the Energy Commerce Committee [ECC] The ECC oversees the FCC or Federal Communications Commission. I allege the Defendant called in favors and had my phone tampered with by numerous carriers. [See Exhibit 2 ] I thank US Senator Tammy Baldwin; and her staffers for contacting the FCC per this issue on my behalf. AT&T via my iphone (310) 892-3634 jammed by wifi, so I would have to use 3G/LTE network – thus running up my bill. AT&T also blocked websites, text messages and throttled my network. I switched over to Verizon Wireless, got a San Diego number – they did the same. Subsquently, I moved to TMobile – they did the same + cut my service off in areas around Half Moon Bay & Yosemite. I am now with Sprint – tampering is happening less frequently, esp.,when I emailed & tweeted Upton I would be filing for Civil Harrassment. SEE EXHIBITS S&6

*I have 11 Blocked emails on my Gmail account. [Will show Court picture – Plaintiff also tweeted it]

**Additional Note: US Congressman Fred Upton is receiving a free phone from Verizon Wireless. I believe VZW is looking for favorable legislation on Net-Neutrality. I visited a Verizon Wireless store in Inglewood, CA and had an employee look it up in VZW's system NetAce. Nothing showed up**

**– it's not billable. When I sent messages to** ▮▮▮▮▮▮▮▮▮▮▮ **it was delivered. [Note: now I'm getting notifications it's a landline] When one calls** ▮▮▮▮▮▮ **a voicemail is heard – done by Rep Upton's wife Amey. If one were to subpoena phone & text records for** ▮▮▮▮▮▮ **they don't exist – they're like Bigfoot.**

11. Plaintiff establishes elements 1-10; a presumption of pretext exists – ask that Defendants produce evidence of legitimate, nondiscriminatory, legitimate reasons for adverse harassment actions. Plaintiff prays Judge will determine Plaintiff as the prevailing party and issue permanent restraining order.

12. *Spoke with Dave Brown, reporter with The Herald-Palladium, main newspaper in Michigan's 6th district – they may be doing a story. ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ dbrown@thehp.com or (269) 429-4298

Dated 18AUG15.

[Signature – Jeremiah W. Balik]
In Pro Per

# UPTON FOR ALL of US

*[handwritten:]* Exhibit 1

May 24, 2013

*[handwritten:]* → KATE UPTON'S DISHONORABLE UNCLE. I got really cool w/ Kate Upton on social media. Rep. Fred Upton was irate; he via a surrogate installed a

Mr. Jeremiah W. Balik
31 N. Green Bay Rd. #229
Waukegan, IL 60085-4406

Dear Jeremiah,

Thank you so much for your recent contribution towards our 2014 efforts. Your confidence and support truly means so much.

I have been working virtually non-stop since the beginning of the year as Chairman of the Energy and Commerce Committee, where we remain focused on commonsense polices that promote, job creation and economic growth.

As Chairman, I am leading the fight for approval of the Keystone XL pipeline –a $7 billion private-sector infrastructure project that will create tens of thousands of jobs and strengthen our nation's energy security.

Construction of the 1,300-mile pipeline would allow our friends the Canadians to transport nearly 1 million barrels of oil per day to refineries in the Midwest and Gulf Coast. But despite the obvious benefits and broad public support, the Obama administration has had the project tied up in regulatory review for over four years.

My committee is actively moving bipartisan legislation that would clear away the remaining regulatory and legal hurdles, including removal of the required Presidential Permit. If the President cannot say "yes" to U.S. jobs and affordable energy, Congress must.

Keystone is the first step toward actualizing North American energy independence, freeing us from the whims of the Middle East and Venezuelan elections. It would be a tragedy to not see these jobs come to the United States and to see that oil go elsewhere. I will not stand idly by and allow that to happen.

On the oversight front, our committee has continued its ongoing investigation into last fall's deadly meningitis outbreak that has left more than 50 dead – including three from our corner of Michigan – and more than 700 seriously ill. By all accounts, our state has been hardest hit by the outbreak and I am actively working to hold all responsible parties accountable to ensure such a tragedy never happens again.

I am also optimistic that we will see comprehensive tax reform legislation reach the House Floor this summer. Our current tax codes weighs in at nearly 4 million words – costly taxpayers billions of dollars every year to complete their filings. My friend and Michigan colleague Rep. Dave Camp, Chairman of the House Ways and Means Committee, is leading the effort for pro-growth reform that would make our tax system simpler, fairer, and more competitive.

Thank you again for your generosity and support. Amey and I look forward to seeing you in the weeks ahead.

*[handwritten right margin:]* "GPS Kill Switch" at Machesa Auto Imports

Sincerely,

*[handwritten:]* run up Auto repair bills on my old Volvo. Thanks!

*[handwritten:]* → LIE. Congressman Upton's personal cell # is ▮▮▮▮. got it from Kate. Call it from

Fred Upton
Member of Congress

P.O. Box 490   St. Joseph, MI 49085   •   Phone (269) 983-1144   Fax (269) 983-6765

Paid for by Upton For All of Us

>And Case #15K04655

**LEGAL NOTICE**

Los Angeles

Hello Bits/Mark -
Hope all is well. Please
inform Rep. Upton, I'm
going to subpoena him
(& Mayor Rahm Emanuel)
per CASE #15K04655
Stanley Mosk /LA Superior Ct
should we go to trial.
Thanks,            Best,
                   Jeremiah Balik

The sun sets over Los Angeles.

Rep. Fred Upton
c/o Bits Thomas &
Mark Ratner
US House of Rep.
2183 Rayburn House
ofc Bldg
Washington DC 20515

© PUBLISHED and DISTRIBUTED exclusively by
**THE POSTCARD FACTORY**®   Tel: 1-800-563-7678   Website: www.postcardfactory.com   Printed in Canada

REPLY TO:

135 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510-1501
(202) 224-3744
e-mail: grassley.senate.gov/contact.cfm

721 FEDERAL BUILDING
210 WALNUT STREET
DES MOINES, IA 50309-2140
(515) 288-1145

111 7TH AVENUE, SE, BOX 13
SUITE 6800
CEDAR RAPIDS, IA 52401-2101
(319) 363-6832

REPLY TO:

103 FEDERAL COURTHOUSE BUILDING
320 6TH STREET
SIOUX CITY, IA 51101-1244
(712) 233-1860

210 WATERLOO BUILDING
531 COMMERCIAL STREET
WATERLOO, IA 50701-5497
(319) 232-6657

201 WEST 2ND STREET
SUITE 720
DAVENPORT, IA 52801-1817
(563) 322-4331

307 FEDERAL BUILDING
8 SOUTH 6TH STREET
COUNCIL BLUFFS, IA 51501-4204
(712) 322-7103

# United States Senate

CHARLES E. GRASSLEY

WASHINGTON, DC 20510-1501

June 27, 2014

Mr. Jeremiah Balik
5400 Groveland Terrace
Madison, Wisconsin 53716

*Exhibit 3*

Dear Mr. Balik:

One of the more, if not the most, difficult duties which I must perform as a member of the United States Senate is advising constituents with problems and concerns which are frankly beyond my sphere of influence.  Such is the case with the situation which you have brought to my attention.

As a Senator, I can intervene or vote on legislation of a national concern within the guidelines set forth by the Constitution.  Similarly, a Senator can intervene in certain, well-defined instances on behalf of constituents in their dealings with federal bureaus, agencies, departments, and the like.

You may wish to locate an attorney willing to represent your interests in this matter.  The local bar association should be able to refer you to one.  I am not an attorney licensed to practice law and therefore am prohibited from offering what could be construed as legal advice.  You may also wish to contact a member from the congressional delegation of your state of residence.

Please do not interpret my inability to be of assistance to you in this matter as manifesting an indifference to your circumstances. Nothing could be further from the truth.

Sincerely,

*Chuck Grassley*

Charles E. Grassley
United States Senator

CEG/ZB

RANKING MEMBER,
JUDICIARY

Committee Assignments:

AGRICULTURE
BUDGET
FINANCE

CO-CHAIRMAN,
INTERNATIONAL NARCOTICS
CONTROL CAUCUS

PRINTED ON RECYCLED PAPER





**Federal Communications Commission**
**Consumer & Governmental Affairs Bureau**
**Washington, D.C. 20554**



**JUL 17 2014**

Control No. 14-584/kam

The Honorable Tammy Baldwin
United States Senator
30 West Mifflin Street, Suite 700
Madison, WI 53703

**JUL 21 REC'D**

Dear Senator Baldwin:

Thank you for your letter on behalf of your constituent, Jeremiah Balik, regarding the status of his complaint filed with the Federal Communications Commission (FCC). Based on a

*Exhibit 4*

verizon

Verizon Wireless
Executive Relations
P.O. Box 3190
Chandler, AZ 85244

February 23, 2015

Via FedEx tracking number 7729 6968 7232

Jeremiah Balik

*Exhibit 5*

the emails you have sent to Verizon Wireless. In your emails, you

... of protection request through the Superior Court of
... ... individuals.

emanuel@wmeentertainme...
Tweet by Jeremiah W. Balik on Twitter
Jeremiah W. Balik (@AppDrivenToys) 7/11/15,
8:14 AM @samanthahoopes @StanfordLaw...

tim.phelps@latimes.com, dav...   Saturday
Tweet by Jeremiah W. Balik on Twitter
Jeremiah W. Balik (@AppDrivenToys) 7/10/15,
8:18 AM @LAPDOCB @LAPDChiefBeck @a...

tim.phelps@latimes.com, dav...   Saturday
Tweet by Jeremiah W. Balik on Twitter
Jeremiah W. Balik (@AppDrivenToys) 7/10/15,
8:48 AM @LAPDOCB @LAnewcenturion @L...

rahm.emanuel, info@chicago...   Saturday
Tweet by Jeremiah W. Balik on Twitter
Jeremiah W. Balik (@AppDrivenToys) 6/12/15,
7:40 PM @samanthahoopes @USPS @Ran...

aemanuel@wmeentertainme...   Saturday
Tweet by Jeremiah W. Balik on Twitter
Jeremiah W. Balik (@AppDrivenToys) 7/11/1...

Updated Yesterday
11 Unsent Messages

MISC Exhibit 1



**UNITED STATES**
**POSTAL SERVICE**

August 4, 2014

JEREMIAH BALIK
5400 GROVELAND TER
MADISON WI 53716-2157

Claim ID: 2746809
Date Mailed: April 11, 2014
SAMANTHA HOOPES

Article Number: 9505500022114101000071

Dear JEREMIAH BALIK

This letter is in response to the appeal filed for the claim referenced above. Upon further review of the claim and supporting documentation, the Postal Service has not changed the original decision to deny your claim.

If you wish to file a final appeal on this decision, please send a copy of this letter and another written appeal focusing on the basis of the claim denial within 60 days from the date of this letter to:

VICE PRESIDENT & CONSUMER ADVOCATE
US POSTAL SERVICE - DOMESTIC CLAIMS APPEALS
475 L'ENFANT PLAZA SW, ROOM 10343
WASHINGTON, DC 20260-0343

If the original claim was submitted online at usps.com, you may submit your final appeal online using your customer account.

For more information about claims, visit your local Post Office or our Web site at
http://www.usps.com/insuranceclaims/.

The United States Postal Service values your business. We apologize for any inconvenience you may have experienced as a result of this matter.

Sincerely,

Supervisor, Domestic Claims
Accounting Services
PO Box 80143
St Louis MO 63180-0143

Mayor Rahm Emanuel (via a surrogate) stole my Priority package to GF/Super Model Samantha Hoopes — #Cover up



better.
is Avi
Emanuel - CEO
of WME Entertainment & IMG
in Beverly
Hills!

**YOU ARE CORDIALLY INVITED TO ATTEND THE**

**INAUGURAL CEREMONY OF**

**RAHM EMANUEL** ——> super shady &
·AS· evil.

**MAYOR OF THE CITY OF CHICAGO**

**\* \* \* \***

**SUSANA A. MENDOZA**

**AS CLERK OF THE CITY OF CHICAGO** Campaigned
for Rahm
**\* \* \* \*** 75 hours of rebate

**STEPHANIE D. NEELY**

**AS TREASURER OF THE CITY OF CHICAGO** clerk
Wage
**AND** dispute

**MEMBERS OF THE CHICAGO CITY COUNCIL**

MISC EXHIBIT 2

MISC Exhibit 3

Alpha Omega Wireless Brings On Western Region Sales Manager

Posted on Tue. Nov 05, 2013

Alpha Omega Wireless, Inc. ("AO Wireless") has recently hired on Jeremiah Balik, a seasoned Sales Executive, to expand and grow the company's customer and revenue base. Jeremiah will be the Business Development Manager for the Western Region and is based out of our Sacramento, CA office location.

<image009.jpg>

Prior to joining AO Wireless, Jeremiah was an Outside Technical Sales Specialist for wireless distributor Connectronics. Balik was responsible for developing new VAR and Integrator relationships, driving end customer business, and maintaining manufacturer relationships in the Illinois and Wisconsin markets.

Jeremiah Balik has more than 12 years of experience in the wireless telecommunications industry; working for Verizon Wireless and Government accounts in Chicago, AT&T in Los Angeles and Chicago as a TSCII, and Verizon Communications in Norwalk, CA. Jeremiah Balik formerly held the CCNP, CCDP Cisco certifications, served in the US Army and US Navy, [OIF Veteran] and earned a Master of Science, in Communications Management from Northwestern University. Jeremiah also enjoys horse back riding, serving at church in Guest Ministry, movies and toy inventing.

Jeremiah's role at Alpha Omega Wireless is to expand our expertise into new verticals and areas never sought before in the Western US. Jeremiah will help us provide our clients with wireless backhaul solutions, to include:point to point wireless (both unlicensed wirelessEthernet bridges and licensed microwave), point to multipoint wireless bridges, WiMax, Wireless Mesh, Indoor and outdoor DAS and Wi-Fi systems, and Video surveillance solutions.

President Joe Wargo says, "We are excited to have Jeremiah as part of the team. He brings a lot of experience to the organization. He has extensive background in government procurement and statewide contracts. Because he came from a wireless distributor and has worked in the wireless industry he is familiar with most of our wireless backhaul systems which is a huge advantage to our clients. We believe Jeremiah will be able to help us exceed our growth goals, helping us to hire more people and expand into more geographic locations."

About Alpha Omega Wireless, Inc.
Alpha Omega Wireless is an experienced integrator of broadband wireless network technology and complete end-to-end wireless backhaul solutions. We provide a full range of point to point wireless backhaul, point to multipoint wireless bridges, WiMax backhaul, LTEnetworks, wireless mobility, wireless repeaters, Smart Grid wireless backhaul, indoor, outdoor, and municipal Wi-Fi, and wireless mesh products and services.

DIANNE FEINSTEIN
CALIFORNIA

SELECT COMMITTEE ON
INTELLIGENCE—VICE CHAIRMAN
COMMITTEE ON APPROPRIATIONS
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND
ADMINISTRATION

# United States Senate

WASHINGTON, DC 20510–0504

http://feinstein.senate.gov

July 7, 2015

Mr. Jeremiah Balik
1223 Wilshire Blvd, # 777
Santa Monica, California 90403

Dear Mr. Balik:

I am forwarding on to you the response I have received from the Equal Employment Opportunity Commission about your case.

I hope that this response is helpful and that the information outlined in it will clarify the situation for you. If you have further questions, or if there is any way my office can help you in the future, I hope you will contact me again.

Sincerely,

Dianne Feinstein
United States Senator

DF:cn

MISC EXHIBIT 4

FRESNO OFFICE:
2500 TULARE STREET
SUITE 4290
FRESNO, CA 93721
(559) 485-7430

LOS ANGELES OFFICE:
11111 SANTA MONICA BOULEVARD
SUITE 915
LOS ANGELES, CA 90025
(310) 914-7300

SAN DIEGO OFFICE:
880 FRONT STREET
SUITE 3296
SAN DIEGO, CA 92101
(619) 231-9712

SAN FRANCISCO OFFICE:
ONE POST STREET
SUITE 2450
SAN FRANCISCO, CA 94104
(415) 393-0707

-------- Original message --------
From: "Bork, Alicia - GOV"
<Alicia.Bork@wisconsin.gov>
Date:
To: jeremiahb@connectronics.com
Subject: RE: MAY MTG REQUEST * GOV.
SCOTT WALKER [DESK OF ALICIA BORK]

Thank you, Jeremiah. We will be in touch regarding the Governor's availability.

Regards,

*Alicia Bork*

*Scheduling Director*

*Office of Governor Scott Walker*

*(608) 266-1212*

*alicia.bork@wisconsin.gov*

MISC Exhibit 5