1
2
3
4
5
6
7
8                        **UNITED STATES DISTRICT COURT**

9                        **EASTERN DISTRICT OF CALIFORNIA**

10

11   JEREMIAH BALIK,                          Case No. 1:15-cv-01420 --- JLT

12                        Plaintiff,          **~~[PROPOSED]~~ ORDER ON MOTION
                                              FOR LEAVE TO REDACT**
13               v.                           **PERSONAL IDENTIFYING
                                              INFORMATION**
14   HON. KEVIN MCCARTHY,
                                              (Doc. 3)
15                        Defendant.

16

17

18          UPON CONSIDERATION OF the *Motion for Leave to Redact Personal Identifying*

19   *Information* filed by Defendant the Honorable Kevin McCarthy, the Court **ORDERS**:

20          1.      The motion (Doc. 3) is **GRANTED;**

21          2.      Defendant may redact his personal phone number from all papers filed with the

22   Court, which relief applies *nunc pro tunc* to any papers appended to his Notice of

23   Removal that contain his personal phone number;

24   ///

25   ///

26   ///

27   ///

28

3.      Plaintiff **SHALL** omit or redact the personal phone numbers of Defendant and of every other member of congress or other elected official from all papers he files with the Court.

IT IS SO ORDERED.

Dated:   **September 22, 2015**            **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE