UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH BALIK , <br><br> Plaintiff, <br><br> v. <br><br> HON. KEVIN MCCARTHY, <br><br> Defendant. | Case No.: 1:15-cv-01420 --- JLT <br><br> ORDER GRANTING REQUEST FOR SCREENING <br><br> (Doc. 7) |

Before the Court is the request of Defendant for the Court to screen the complaint prior to his filing a responsive pleading. (Doc. 7) Alternatively, Defendant requests an extension of time by which he may respond to the pleading. Id.

The court is authorized to screen complaints and to dismiss any actions if it is "frivolous or malicious," it "fails to state a claim on which relief may be granted," or it "seeks monetary relief against a defendant who is immune from such relief." (28 U.S.C. § 1915(e)(2)(B))  The authority to screen complaints to determine their viability extends to all actions "notwithstanding any filing fee . . . that may have been paid . . ."[1]

A cursory review of the complaint indicates that the Court should be fully screen the pleading prior to requiring Defendant to respond. Therefore, the Court **ORDERS**:

---

[1] Plaintiff has not sought to proceed in forma pauperis in this Court, the Kern County Superior Court granted him this status before it was removed to here. (Doc. 1-4 at 2)

1. The request for the Court to screen the action pursuant to 28 U.S.C. 1915(e)(2)(B) (Doc. 7), is **GRANTED**;

2. Defendant SHALL NOT file a responsive pleading until ordered to do so;

3. All other relief sought in the motion is **DENIED** as **MOOT**.

IT IS SO ORDERED.

Dated: **September 22, 2015**              /s/ Jennifer L. Thurston
                                            UNITED STATES MAGISTRATE JUDGE