# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEREMIAH BALIK,** | **OLD CASE NO. 1:15-CV-1420 - - - JLT** |
| Plaintiff | **NEW CASE NO. 1:15-CV-1420 AWI JLT** |
| v. | |
| **KEVIN McCARTHY, U.S. Congressman,** | **ORDER RELATING CASE AND REASSIGNING DISTRICT JUDGE** |
| Defendant | |

The court finds that the above-captioned action is related to *Balik v. Upton*, 1:15cv1419 AWI JLT within the meaning of Local Rule 123(a)(3) (cases are related where both cases appear to involve similar questions of fact and law, and assignment of this matter to the same district judge is likely to effect a substantial savings of judicial effort) and Local Rule 123(a)(4) (cases are related where there would be substantial duplication of labor if the actions were heard by different judges). Because reassignment of this action to a single judge is likely to affect a savings of judicial effort and economy, it is appropriate to reassign this action to the same district judge. See Local Rule 123(c).

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to Local Rule 123, the above-captioned action, being the higher numbered case, is reassigned to the same district judge as the lower numbered case; and
2. All future pleadings and motions filed in the above-captioned action shall use the new case number: 1:15cv1420 AWI JLT.

IT IS SO ORDERED.

Dated:   September 28, 2015    _____
                                SENIOR  DISTRICT  JUDGE